AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FEB 13 2025 AM 11:22
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
for the

Ray Thomas
_Petitioner_

v.   Case No. 8:25 cv 374 KKM-AEP
_(Supplied by Clerk of Court)_

United States of America
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Ray Michael Thomas
   (b) Other names you have used: N/A

2. Place of confinement:
   (a) Name of institution: Pinellas County Jail
   (b) Address: 14400 49th Street North, Clearwater, Florida 33762
   (c) Your identification number: 1980749

3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9
Copy

United States District Court
Middle District of Florida
Tampa Division

Ray Thomas

V.

United States of America

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:
United States District Court Middle District of Florida Tampa Division

(b) Docket number, case number, or opinion number:
8:24-cr-00402-JSM-SPF

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
That the complaint/information or indictment fails to charge an offense against the laws of the United States because no jurisdiction has been ceded or accepted over the place where the criminal activity is alleged to have occurred, the trial court is without subject-matter jurisdiction under 18 U.S.C. § 3231, the criminal statute exceeds the power of Congress because it violates my "due process" rights secured under the Fifth Amendment, and encroaches on the sovereignty and jurisdiction of the State in violation of the Tenth Amendment and the fundamental principles of federalism.

Page 3.1
Copy

6. Continued...
   (c) Decision or action you are challenging:
   Any documentation showing ownership by the United States (Federal Government) over the place where the criminal activity is alleged in the complaint/indictment to have occurred, and any cessions and acceptance of jurisdiction as required under Article I, § 8, cl. 17, and 40 U.S.C. § 3112.
   If the Federal Government really can exercise an undelegated and implied power to "punish" under the Commerce clause, then why do the Federal Rules of Criminal Procedure limit their territorial reach to prosecute felonious "interstate commerce" crimes and misdemeanor offenses as if the courts are legislative courts?
   The Executive branch to continuously prosecute felonious criminal "interstate commerce" cases in violation of the Constitution and my inalienable rights secured under it (which Supreme Court consistently fails to notice sua-sponte their lack of subject-matter jurisdiction and instead continuously renders decisions on the merits of these cases that come before them from the lower federal courts anyway)?

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: United States District Court Middle District of Florida Tampa Division
   (b) Docket number, case number, or opinion number: 8:24-cr-00402-JSM-SPF
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: The legality of my detention/imprisonment. Criminal statute exceeds the power of Congress because it violates the Tenth Amendment. Violates my "due process" rights secured under the Fifth Amendment.
   (d) Date of the decision or action: September 04, 2024

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☑ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: N/A
      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: N/A
        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
❏ Yes      ☑ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: N/A
        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal: N/A

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
❏ Yes      ☑ No
If "Yes," answer the following:
    (a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ❏ Yes      ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☑ No

COPY

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☑ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Amendment V: No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of, a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject

(a) Supporting facts (Be brief. Do not cite cases or law.): for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Amendment X: The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

(a) Supporting facts (Be brief. Do not cite cases or law.):
The power to regulate commerce among the several States does NOT allow Congress to punish felonies. Such power to Punish, being a grant of authority to Punish felonies concurrently with the several Union States, is expressly reserved to the several Union States via the Tenth Amendment.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Article I § 8, cl. 17  This Constitution contains no grant, general or specific, to the Congress of the power to provide for the punishment of felonious crimes, except where the power to Punish is expressly delegated by enumeration. The Punishment of all other felonious crimes is reserved

(a) Supporting facts (Be brief. Do not cite cases or law.): to the several Union States, regardless of an activities connection to a delegated power, except where jurisdiction has been ceded as provided under Article I § 8, cl. 17.

Enumeration proves it is delegated. The power to "punish" is not delegated in the Constitution. Enumeration presupposes something not enumerated.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

COPY

13. Cont...

Ground Five: The Congress shall not establish legislative courts within the several Union States or the District of Columbia (the seat of the Government), and shall only Ordain and Establish constitutional Article III courts within the several Union States, including all Federal land within them, and expressly declare them to be so Ordained and Established, except that Congress shall be authorized to vest the District of Columbia courts with additional jurisdiction not found under Article III, concerning local matters.

Amendment XXIX

Ground Six: Amendment XXXI, The establishment of any legislative Federal court within the several Union States or the District of Columbia shall be considered an attempt to overthrow Our constitutional Republican form of government and to fundamentally alter this Constitution, and deemed to be Treason Punishable by Life imprisonment or Death, by both the several Union States and Congress.

Ground Seven: Amendment XXXIII, The several States shall have Power to Punish all violations of the Constitution and the Rights secured under it that occur within each of their territorial boundaries, regardless of whether it occurs upon Federal land under the exclusive or concurrent jurisdiction of the United States (Federal Government).

Ground Eight: Amendment IX, The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

Ground Nine: Amendment XXXII
Ground Ten: Amendment IV

7.1
copy

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Amendment XXVIII: The Congress may provide for the Punishment of Misdemeanors as necessary and proper ONLY if it has a direct connection to the execution of a delegated power. The power to regulate shall not extend to any activity wholly within any ONE OF the several Union States, regardless of its potential to substantially

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: affect commerce among the several Union States.

Implication of the power to "punish" under the commerce clause, by and thru the necessary and proper clause, is not favored nor appropriate. It is a fundamental precept that the rights of sovereignty are not to be taken away by implication. It does not support the proposition that Congress has authority over all activities that "substantially affect" interstate commerce.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: Test the legality of my detention/imprisonment, and exercise the primary function of the writ to release me from unlawful imprisonment/detention. Determine whether I am restrained of my liberty by due process.

Page 8 of 9

COPY

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
02/09/2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 02/09/2025

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court.** Mail your petition and ___ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

*$5.00 Fee May be deducted from my inmate account per Ray Michael Thomas* [signature]

Page 1 of 9

COPY