Ray Thomas #
Pinellas County Jail
14400 49th Street North
Clearwater, Florida 33762

LEGAL MAIL

CLERK
UNITED STATES DISTRICT COURT
Middle District OF FLORIDA
TAMPA DIVISION
801 North Florida Ave.
TAMPA, Florida 33602

Green by
USMS

FOREVER / USA

FSC

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022